**WOOD v. NUNNERY**

[368 N.C. 30 (2015)]

TERRY WAYNE WOOD

v.

JEREMY NUNNERY, NORTH CAROLINA FARM BUREAU MUTUAL INSURANCE COMPANY, AND FIREMEN'S INSURANCE COMPANY OF WASHINGTON, D.C.

No. 100PA14

Filed 10 April 2015

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, ___ N.C. App. ___, 757 S.E.2d 526 (2014), affirming an order entered on 11 February 2013 by Judge Edwin G. Wilson, Jr. in Superior Court, Forsyth County. On 11 June 2014, the Supreme Court allowed plaintiff's conditional petition for discretionary review as to additional issues. Heard in the Supreme Court on 12 January 2015.

*Maynard & Harris, Attorneys at Law, PLLC, by C. Douglas Maynard, Jr., for plaintiff-appellant/appellee.*

*Van Laningham Duncan PLLC, by L. Cooper Harrell; Smith Moore Leatherwood LLP, by James G. Exum, Jr.; and Bennett & Guthrie, PLLC, by Rodney A. Guthrie and Roberta King Latham, for defendant-appellant/appellee Jeremy Nunnery.*

*Brown Moore & Associates, PLLC, by Jon R. Moore; and White & Stradley, PLLC, by J. David Stradley, for North Carolina Advocates for Justice, amicus curiae.*

*Pinto Coates Kyre & Bowers, PLLC, by Deborah J. Bowers, for North Carolina Association of Defense Attorneys, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.